| | |
|---|---|
| 1 | |
| 2 | |
| 3 | UNITED STATES DISTRICT COURT |
| 4 | NORTHERN DISTRICT OF CALIFORNIA |

JEROME BEARDEN, et al.,

    Plaintiffs,

    v.

THE COUNTY OF SAN MATEO, et al.,

    Defendants.

_____/

No. C 06-4300 PJH

**ORDER CONTINUING HEARING DATE**

Before the court is plaintiff Jerome Bearden's and plaintiff Barry Bradley's request for a continuance of both the hearing date on defendant County of San Mateo's pending motion for summary judgment, and the deadlines for the filing of a corresponding opposition and reply. As grounds for their request – which is supported by declarations of plaintiffs' counsel (as well as that of the remaining unrepresented named plaintiff) – plaintiffs point to the fact that plaintiffs' counsel did not file a notice of appearance until February 20, 2008 and that prior to that, plaintiffs were unable to effectively engage in litigation, or to secure representation, despite numerous efforts to do so. Accordingly, plaintiffs seek to "assemble and submit further substantial and meritorious documentary evidence and compelling arguments on their behalf."

Defendant opposes plaintiffs' request for a continuance. It contends that plaintiffs' request lacks good cause and that notwithstanding the recently filed Notice of Appearance by plaintiffs' counsel, Michael Tonsing, counsel has had actual notice of defendant's pending motion since its inception, since counsel had effectively been working on the case for approximately five months prior to that.

Defendant's opposition raises legitimate grounds for denial of the request for

continuance, and normally, the court's inclination would be to go forward with the motion as currently scheduled, on March 12. However, plaintiffs' counsel has also notified the court that he is out of the country until March 15, 2008 – a date which would prevent the court from hearing plaintiffs' opposition arguments (via his represented counsel) at all, were the court to go forward on March 12. As such, and in order for the court to hear both parties with respect to defendant's pending motion, the court will allow plaintiffs to continue the hearing date on the motion, albeit grudgingly.

The request for a continuance is therefore GRANTED. Defendant's motion for summary judgment is hereby CONTINUED to **April 16, 2008**. Plaintiffs' opposition brief is due no later than March 26, 2008. Defendants' reply brief is due no later than April 2, 2008.

No further continuances will be granted.

**IT IS SO ORDERED.**

Dated: February 28, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge