UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEROME BEARDEN, et al.,

    Plaintiff(s),

    v.

THE COUNTY OF SAN MATEO,

    Defendant(s).

_____/

No. C 06-4300 PJH

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

    Summary judgment having been granted to the County on the claims of Jerome Bearden and Barry Bradley, the only remaining plaintiff is George Gibson. Accordingly, a schedule for the resolution of his claims is required.

    George Gibson and defendant are hereby ordered to appear for case management conference on **July 31, 2008 at 2:30 pm** in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA. A case management statement shall be filed one week in advance of the conference. Mr. Gibson's appearance either in person or by counsel is **mandatory**.

    **IT IS SO ORDERED.**

Dated: July 8, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge