UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEROME BEARDEN, et al.,

    Plaintiff(s),

    v.

THE COUNTY OF SAN MATEO,

    Defendant(s).

_____/

No. C 06-4300 PJH

**ORDER OF DISMISSAL**

    Before the court is the request of the surviving spouse of the remaining plaintiff George Gibson for a dismissal based upon the recent death of her husband. A death certificate has been provided. The defendant has no objection.

    Accordingly, the claims of George Gibson are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 30, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge